UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL CARROWAY, LISA WALKER YOUNG, MARY RYAN SHEPARD, and RECARDO ANTANE SHEPARD, individually and jointly<br>     Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| CEPCO MANAGEMENT SERVICES, LLC, a North Carolina corporation, LANTANA CROSSING HOA, INC. a North Carolina corporation,<br>     Defendants | ) ) ) ) ) ) | No. 7:24-CV-19-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED with prejudice for failure to prosecute and failure to comply with the court's orders and rules.

**This Judgment Filed and Entered on July 15, 2025, and Copies To:**
Carl Carroway, Lisa Walker Young, Mary Ryan Shepard and Recardo Antane Shepard (via US mail)
Andrew Pfohl Flynt / Matthew Burke / Robert deRosset, IV / Thomas Buckley / Allegra Sinclair (via CM/ECF Notice of Electronic Notification)

July 15, 2025       PETER A. MOORE, JR., CLERK

                /s/ Sandra K.Collins
               (By) Sandra K. Collins, Deputy Clerk